IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 14-20630

United States Court of Appeals
Fifth Circuit
**FILED**
October 29, 2015
Lyle W. Cayce
Clerk

D.C. Docket No. 4:14-CV-125

JOINT HEIRS FELLOWSHIP CHURCH; HOUSTON'S FIRST CHURCH OF GOD; FAITH OUTREACH INTERNATIONAL CENTER,

      Plaintiffs – Appellants

v.

HUGH C. AKIN; TOM HARRISON; JIM CLANCY; PAUL W. HOBBY; BOB LONG; WILHELMINA DELCO; TOM RAMSAY; CHASE UNTERMEYER; NATALIA ASHLEY, In Her Official Capacity As Executive Director Of The Texas Ethics Commission ,

      Defendants - Appellees

Appeal from the United States District Court for the
Southern District of Texas, Houston

Before JONES, SMITH, and SOUTHWICK, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that plaintiffs-appellants pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.